DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PEOPLE'S TRUST INSURANCE COMPANY,**
Appellant,

v.

**GLADWYN NUGENT,**
Appellee.

No. 4D22-0504

[May 4, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin Bidwill, Judge; L.T. Case No. CACE18006431.

Patrick M. Chidnese of B.C.S. Appellate Practice, Tampa, and Frieda C. Lindroth of Bickford & Chidnese, LLP, Tampa, for appellant.

Alex Stern of Litigation & Recovery Law Center, PL, North Miami Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***